UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JOSEPH GUGLIELMO, :
:
                Plaintiff, :
: 20-CV-2335 (VSB)
    -against- :
: **ORDER**
RAZORGATOR INTERACTIVE GROUP, :
INC., :
:
                Defendant. :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action on March 16, 2020, (Doc. 1), and filed an affidavit of service on June 3, 2020, (Doc. 5).  The deadline for Defendant to respond to Plaintiff's complaint was May 28, 2020.  (*See* Doc. 5.)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 15, 2020.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 29, 2020
            New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge