USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOSEPH GUGLIELMO, :
:
Plaintiff, :
: 20-CV-2335 (VSB)
-against- :
: **ORDER**
RAZORGATOR INTERACTIVE GROUP, :
INC., :
:
Defendant. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on March 16, 2020, (Doc. 1), and filed an affidavit of service on June 3, 2020, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was May 28, 2020. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to continue prosecuting this case. Accordingly, on June 29, 2020, I entered an Order directing Plaintiff to seek a default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 15, 2020. (Doc. 6.) In that Order, I warned Plaintiff that "fail[ing] to do so or otherwise demonstrate that he intends to prosecute this litigation" would result in dismissal of this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). (*Id.*) Plaintiff failed to comply with my June 29, 2020 Order. Accordingly, it is hereby:

      ORDERED that this action is dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is directed to terminate this case.

SO ORDERED.

Dated: July 20, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge